IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
JAN 0 9 2017
Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| In the Matter of the Search of:<br><br>Records relating to the cellular telephone assigned number (503) 702-6492, in the possession, custody, and control of AT&T Wireless | MJ-17-01-M-JCL<br><br>ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 9th day of January, 2017.

_____
Jeremiah C. Lynch
United States Magistrate Judge